1  STEVEN L. DERBY Esq. (SBN 148372)
   DERBY, McGUINNESS & GOLDSMITH, LLP
2  501 West Broadway, Ste 800
   San Diego, CA 92101
3  sderby@dmglawfirm.com
   eservice@dmglawfirm.com
4  Telephone: (510) 987-877
   Facsimile: (510) 359-4419
5
   DEBORAH GETTLEMAN, Esq. (SBN 267309)
6  DERBY, McGUINNESS & GOLDSMITH, LLP
   199 Harrison Street, Ste 1800
7  Oakland, CA 94612
   dgettleman@dmglawfirm.com
8  eservice@dmglawfirm.com
   Telephone: (510) 987-8778
9  Facsimile: (510) 359-4419

10 Attorneys for Plaintiff
   ELIZABETH RAZO
11
   SEYFARTH SHAW LLP
12 Kristina M. Launey (SBN 221335)
   klauney@seyfarth.com
13 400 Capitol Mall, Suite 2350
   Sacramento, California 95814-4428
14 Telephone:    (916) 448-0159
   Facsimile:    (916) 558-4839
15
   SEYFARTH SHAW LLP
16 Sage E. Fishelman (SBN 339529)
   sfishelman@seyfarth.com
17 601 South Figueroa Street, Suite 3300
   Los Angeles, California 90017-5793
18 Telephone:    (213) 270-9600
   Facsimile:    (213) 270-9601
19
   Attorneys for Defendants
20 TAKEDA PHARMACEUTICALS U.S.A. INC.,
   (ERRONEOUSLY SUED AS TAKEDA
21 PHARMACEUTICAL COMPANY LIMITED) AND
   BIOLIFE PLASMA SERVICES L.P.
22

23           IN THE UNITED STATES DISTRICT COURT
         IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA
24

| | |
|---|---|
| ELIZABETH RAZO<br><br>            Plaintiff,<br>v.<br><br>TAKEDA PHARMACEUTICAL COMPANY LIMITED; BIOLIFE PLASMA SERVICES L.P.<br>            Defendants. | CASE NO.  2:23-cv-00979-WBS-KJN<br><br>Civil Rights<br><br>**STIPULATION TO DISMISS ALL CLAIMS AGAINST DEFENDANTS WITH PREJUDICE AND [PROPOSED] ORDER** |

**STIPULATION TO DISMISS ALL CLAIMS**                         1

97787270v.1

STIPULATION

The parties acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate to dismiss all claims against Defendants with prejudice. Each party will bear its own attorney's fees and costs, other than as stated in the settlement document.

**IT IS SO STIPULATED.**

Date: October 30, 2023                    DERBY, McGUINNESS & GOLDSMITH, LLP

　　　　　　　　　　　　　　　　　　　　　　　/s/ *Deborah Gettleman*
　　　　　　　　　　　　　　　　　　　　　　By Deborah Gettleman, Esq.
　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff Elizabeth Razo

Date: October 30, 2023                    SEYFARTH SHAW LLP

　　　　　　　　　　　　　　　　　　　　　　　/s/ *Kristina Launey*
　　　　　　　　　　　　　　　　　　　　　　By Kristina Launey, Esq.
　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendants

FILER'S ATTESTATION

Pursuant to the Local Rules, I hereby attest that on October 30, 2023, I, Deborah Gettleman, attorney with Derby, McGuinness & Goldsmith, LLP, received the concurrence of all counsel in the filing of this document.

　　　　　　　　　　　　　　　　　　　　　　　/s/ *Deborah Gettleman*
　　　　　　　　　　　　　　　　　　　　　　Deborah Gettleman, Esq.
　　　　　　　　　　　　　　　　　　　　　　DERBY, McGUINNESS & GOLDSMITH LLP