1   STEVEN L. DERBY Esq. (SBN 148372)
    DERBY, McGUINNESS & GOLDSMITH, LLP
2   501 West Broadway, Ste 800
    San Diego, CA 92101
3   sderby@dmglawfirm.com
    eservice@dmglawfirm.com
4   Telephone: (510) 987-877
    Facsimile: (510) 359-4419
5
    DEBORAH GETTLEMAN, Esq. (SBN 267309)
6   DERBY, McGUINNESS & GOLDSMITH, LLP
    199 Harrison Street, Ste 1800
7   Oakland, CA 94612
    dgettleman@dmglawfirm.com
8   eservice@dmglawfirm.com
    Telephone: (510) 987-8778
9   Facsimile: (510) 359-4419

10  Attorneys for Plaintiff
    ELIZABETH RAZO
11
    SEYFARTH SHAW LLP
12  Kristina M. Launey (SBN 221335)
    klauney@seyfarth.com
13  400 Capitol Mall, Suite 2350
    Sacramento, California 95814-4428
14  Telephone:     (916) 448-0159
    Facsimile:     (916) 558-4839
15
    SEYFARTH SHAW LLP
16  Sage E. Fishelman (SBN 339529)
    sfishelman@seyfarth.com
17  601 South Figueroa Street, Suite 3300
    Los Angeles, California 90017-5793
18  Telephone:   (213) 270-9600
    Facsimile:   (213) 270-9601
19
    Attorneys for Defendants
20  TAKEDA PHARMACEUTICALS U.S.A. INC.,
    (ERRONEOUSLY SUED AS TAKEDA
21  PHARMACEUTICAL COMPANY LIMITED) AND
    BIOLIFE PLASMA SERVICES L.P.
22

23              IN THE UNITED STATES DISTRICT COURT
           IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA
24

| | |
|---|---|
| 25   ELIZABETH RAZO<br>                    Plaintiff,<br>26   v.<br>27   TAKEDA PHARMACEUTICAL COMPANY<br>LIMITED; BIOLIFE PLASMA SERVICES<br>L.P.<br>28                    Defendants. | CASE NO.   2:23-cv-00979-WBS-KJN<br><br>Civil Rights<br><br>**ORDER GRANTING STIPULATION TO DISMISS ALL CLAIMS AGAINST DEFENDANTS WITH PREJUDICE** |

**ORDER DISMISSING ALL CLAIMS**                    1

97787270v.1

1

ORDER

2

      Upon mutual agreement of the parties, all claims against defendants are dismissed with

3

prejudice with each party to bear their own attorneys' fees, costs and litigation expenses.

4

Dated:  October 31, 2023

5

_____

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28